360 A.2d 668
Weiss, Appellant, v. Great West Life Assurance
Co. et al.

Argued June 21, 1976. Zygmont A. Pines, with him Raynes, McCarty & Binder, for appellant; David Richman, with him Judith N. Dean, for appellees.

Order affirmed.

360 A.2d 631
Welch, Appellant, v. Sterling.

Argued June 17, 1976. Michael J. DeSisti, with him David B. Keeffe, for appellant; W. Marshall, Dawsey, with him Griffin and Dawsey, for appellee.

Decree affirmed.